Paul Ross
PO Box 483
Paul, ID  83347
T: (208) 219-7997
#8676
F: (208) 416-6996
paul@paulnjrosslaw.com
Attorney for Defendant

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MIKE TERANCE TRACY,<br><br>Debtor. | Case No. 20-40074-JMM |
| KATHLEEN MCCALLISTER,<br><br>Plaintiff,<br>vs.<br><br>NANCY KUNAU,<br><br>Defendant. | Adversary No. 21-08018-JMM |

## NOTICE OF HEARING

NOTICE IS GIVEN that a telephonic hearing will be held regarding Plaintiff's Motion to Dismiss on 12 October 2021 at 1:30 PM at the US Bankruptcy Court, 801 E Sherman, Pocatello, Idaho.

Judge Meier's Conference Number (877) 336-1829

Access Code: 5781287#

Security Code: 1234#

DATED this 28 September 2021

                                                                /s/ Paul Ross_____
                                                                PAUL ROSS

CERTIFICATE OF SERVICE

I hereby certify that on 28 September 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Kathleen McCallister, ECF, Trustee
    Jeff Kaufman, ECF, attorney for Trustee

I further certify that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

    Via First Class mail, posted prepaid addressed as follows:

        NA

    Via certified mail, return receipt requested, addressed as follows:

        NA

        /s/ Paul Ross