Jeffrey P. Kaufman, ISB No. 8022
Office of Kathleen A. McCallister,
      Chapter 13 Trustee
P.O. Box 1150
Meridian ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
jpk@kam13trustee.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>MIKE TERRANCE TRACY<br><br>　　　　　Debtor. | Case No. 20-40074-JMM<br><br>Chapter 13 |
| KATHLEEN MCCALLISTER, as Chapter 13 Trustee for the above-referenced bankruptcy estate,<br>　　　　　Plaintiff,<br>v.<br><br>NANCY KUNAU, individually,<br>　　　　　Defendant. | Adversary Case No. 21-08018-JMM<br><br>**STIPULATION TO DISMISS** |

## STIPULATION TO DISMISS

COMES NOW the Plaintiff, Kathleen A. McCallister, standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho, by and through her attorney, Jeffrey P. Kaufman, on one side and the Defendant, Dr. Nancy Kunau, by and through her attorney of record, Paul Ross, of Idaho Bankruptcy Law, on the other side and stipulate as follows:

### RECITALS

1.　　Against Debtor, Dr. Kunau holds a pre-petition claim for $17,660.38.  The majority of Dr. Kunau's claim stems from a January 3, 2020, Partial Judgment for Fees and

Costs entered in her favor and against Debtor in the amount of $17,303.00 by the Cassia County, Idaho State Court.  Said judgment accrued pre-petition interest in the amount of $84.44 prior to the Debtor initiating his bankruptcy case.  Debtor also incurred additional post-judgment, pre-petition debt to Dr. Kunau in the amount of $272.94.

2.     The judgment lien at issue in this case was created when Dr. Kunau recorded her Partial Judgment for Fees and Costs with the Cassia County Recorder's office on January 6, 2020, as instrument No. 2020000044.

3.     But for the judgment lien, Dr. Kunau would hold an unsecured claim for a domestic support obligation entitled to 11 U.S.C. § 507(a)(1)(A) priority status in the amount of $17,660.44.  Such claim is fully nondischargeable.

4.     Trustee initiated this adversary proceeding to avoid Dr. Kunau's judgment lien pursuant to 11 U.S.C. § 547.  Dr. Kunau opposed the avoidance of her judgment lien.  Central to the parties' dispute is the post-petition interest accruing on the judgment.  Trustee contends that unless the lien is avoided, the judgment lien will accrue post-petition interest.  Dr. Kunau contends that the value of the lien, regardless of any interest that it may accrue, is less than what she would have received had the case been filed under chapter 7.

5.     The parties have agreed to resolve the pending adversary proceeding by way of the agreement reached herein.

## STIPULATION

Subject to Court approval, the parties hereby stipulate and agree as follows:

6.     Dr. Kunau's judgment lien remains unavoided.

**7.** Dr. Kunau waives all interest on the judgment. Such waiver will continue forever unless Debtor does not obtain a discharge in the present case.

**8.** That Debtor's plan does not need to provide for payment of any interest on account of Dr. Kunau's judgment. Dr. Kunau agrees to the plan being modified to remove such provision from Debtor's plan, if any.

**9.** The present Adversary Proceeding is dismissed with prejudice. All set hearings and trial are vacated.

DATED: January 25th, 2022						OFFICE OF KATHLEEN A. McCALLISTER,
									CHAPTER 13 TRUSTEE

									By: /s/ Jeffrey P. Kaufman
										Jeffrey P. Kaufman,
										Attorney for Plaintiff

DATED: January 24th, 2022						IDAHO BANKRUPTCY LAW


									By: /s/ Paul Ross
										Paul Ross, of the firm,
										Attorney for Defendant

DATED: January ____, 2022

									By: /s/ Dr. Nancy Kunau
										Dr. Nancy Kunau, Defendant

# CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on January 25, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Paul Ross, Attorney at Law
paul@idbankruptcylaw.com

AND I FURTHER CERTIFY that on said date, I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

**None**

*/s/ Jeffrey P. Kaufman*
Jeffrey P. Kaufman